■ In the Matter of PAUL E. MOORE, Respondent, v HARLEM LEGAL SERVICES, INC., et al., Appellants. — Judgment, Supreme Court, New York County (David Edwards, Jr., J.), entered on December 7, 1982, unanimously affirmed for the reasons stated by David Edwards, Jr., J., at Special Term. Petitioner-respondent shall recover of respondents-appellants $75 costs and disbursements of this appeal. Concur — Sullivan, J. P., Ross, Carro, Milonas and Kassal, JJ.

■ In the Matter of SHUBERT ORGANIZATION, INC., Appellant, v TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents. — Appeal from judgment, Supreme Court, New York County (Mangan, J.), entered on November 10, 1980, after remand from the Court of Appeals (60 NY2d 93), withdrawn, upon the stipulation of the parties, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Ross and Fein, JJ.

■ In the Matter of the Adoption of ROBERT P. PAVLIK, by JACK MITCHELL. — Motion granted only insofar as to grant leave to appeal to the Court of Appeals, as indicated in the order of this court. (97 AD2d 991.) Concur — Kupferman, J. P., Sandler, Fein, Milonas and Alexander, JJ.